**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Upasna Sant,

       Plaintiff,

v.

Vireo Health, Inc. and Vireo Health of Minnesota, LLC,

       Defendants.

Civil No. __25-1286_____

**NOTICE OF AND**
**PETITION FOR REMOVAL**

---

TO:   UNITED STATES DISTRICT COURT, DISTRICT OF MINNESOTA.

Defendants Vireo Health, Inc. and Vireo Health of Minnesota, LLC, (collectively, Defendants) for their Notice of and Petition for Removal of this case to the United States District Court for the District of Minnesota state as follows:

1.   On March 21, 2025, Brandon S. Slopek of Metro Legal, served a copy of a Summons and Complaint with Exhibits upon Defendant Vireo Health of Minnesota, LLC's registered agent C T Corporation System, Inc.

2.   On March 21, 2025, Brandon S. Slopek of Metro Legal, served a copy of a Summons and Complaint with Exhibits upon Defendant Vireo Health, Inc.'s registered agent C T Corporation System, Inc.

3.   Attached as Exhibit A is a true and correct copy of the Summons and Complaint with Exhibits.

4.     Plaintiff's civil action is venued in the Minnesota State District Court of Hennepin County, Fourth Judicial District, and is captioned *Upasna Sant v. Vireo Health, Inc. and Vireo Health of Minnesota, LLC*, Court File number 27-CV-25-4956.

5.     The Complaint alleges certain employment-related state and federal law claims.

6.     The Complaint asserts Defendants are liable for violations of the federal Americans with Disabilities Act, 42 U.S.C. § 12111 *et seq.*

7.     Plaintiff filed the Summons and Complaint with Exhibits in Hennepin County District Court on March 23, 2025. The case number is 27-CV-25-4956.

8.     This Notice of and Petition for Removal is timely pursuant to applicable law. 28 U.S.C. § 1446(b)(1) ("The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based . . . .").

9.     The deadline to answer or other respond to the Complaint is April 11, 2025.

10.    No further proceedings have taken place in this action.

11.    This civil action is removed pursuant to 28 U.S.C. § 1441(a) because this Court has original jurisdiction based on federal question under 28 U.S.C. § 1331.

12.    This Court has federal question jurisdiction over this civil action pursuant to 28 U.S.C. § 1331 because Plaintiff asserts claims that arise under federal law.  Specifically, Plaintiff alleges in her Complaint claims for alleged violations of the Americans with Disabilities Act, 42 U.S.C. § 12111 *et seq.* Because Plaintiff seeks judicial enforcement of

2

a federal statute, Plaintiff's claims for relief arise under the laws of the United States and present a federal question.

13.    Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the alleged events giving rise to Plaintiff's claims occurred in this judicial district.

14.    Venue is further proper in this Court pursuant to 28 U.S.C. § 1446(a) because the United States District Court for the District of Minnesota encompasses the judicial district in which Plaintiff filed the Complaint.

15.    Defendants submit the Notice of and Petition for Removal without waiving any defenses to the claims asserted by Plaintiff, and without conceding that Plaintiff has pleaded claims upon which relief may be granted.

16.    In accordance with 28 U.S.C. § 1446(d), Defendants will promptly serve a copy of the Notice of and Petition for Removal upon Plaintiff and file a copy of the Notice of and Petition for Removal with the Hennepin County Court Administrator, Fourth Judicial District, Minnesota State District Court, by electronic filing.

17.    Defendants have paid the requisite court fees attendant to the filing of the herein Notice of and Petition for Removal.

WHEREFORE, Defendants respectfully request that the above-entitled action against it in the Minnesota State District Court, Fourth Judicial District, Hennepin County, Minnesota, be removed therefrom to this Court.

Dated: April 7, 2025.                    **JACKSON LEWIS P.C.**


                                         */s/ Jennifer Zwilling*
                                         Jennifer Zwilling (MN #0389153)
                                         Jonathan G. Finck (MN #400821)
                                         150 South Fifth Street, Suite 3500
                                         Minneapolis, MN 55402
                                         Tel: (612) 341-8131
                                         Fax: (612) 341-0609
                                         Jennifer.Zwilling@jacksonlewis.com
                                         Jack.Finck@jacksonlewis.com

                                         **ATTORNEYS FOR DEFENDANTS**


4904-6404-1522, v. 1

4